UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20171-Rosenberg

UNITED STATES OF AMERICA,

v.

FREDERICO ABREU,

       Defendant.
_____/

## REPORT & RECOMMENDATION

The Defendant, FREDERICO ABREU, appeared before the Court on April 8, 2022, represented by counsel, for a final hearing for violations of his supervised release. The Defendant was originally charged in the Southern District of Florida with one count of conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(viii), a Class A felony. On August 24, 2016, the Defendant was sentenced to 120 months in prison, to be followed by five (5) years of supervised release. The Defendant was also ordered to pay a $100 special assessment fee and to comply with Court-ordered special conditions. The Defendant's sentence was reduced to forty-eight (48) months in prison on February 28, 2020. The Defendant began his term of supervised release on December 28, 2020. The Defendant is now charged with six (6) violations of his conditions of supervision for failing to refrain from violating the law.

At the hearing, the Defendant knowingly, voluntarily, and with advice from counsel admitted to the following six (6) violations of mandatory conditions: (1) on or about May 3, 2021, the Defendant submitted a urine specimen which tested positive for the presence of

amphetamines which was confirmed positive for methamphetamines by Alere Toxicology Services, Inc. on May 20, 2021; (2) on or about October 15, 2021, the Defendant submitted a urine specimen which tested positive for the presence of amphetamines which was confirmed positive for methamphetamines by Alere Toxicology Services, Inc. on October 29, 2021; (3) on or about October 20, 2021, the Defendant submitted a urine specimen which tested positive for the presence of amphetamines which was confirmed positive for methamphetamines by Alere Toxicology Services, Inc. on November 1, 2021; (4) on or about November 8, 2021, the Defendant submitted a urine specimen which tested positive for the presence of amphetamines which was confirmed positive for methamphetamines by Alere Toxicology Services, Inc. on November 17, 2021; (5) on or about November 15, 2021, the Defendant submitted a urine specimen which tested positive for the presence of amphetamines which was confirmed positive for methamphetamines by Alere Toxicology Services, Inc. on November 24, 2021; and (6) on or about November 18, 2021, the Defendant submitted a urine specimen which tested positive for the presence of amphetamines which was confirmed positive for methamphetamines by Alere Toxicology Services, Inc. on November 29, 2021.

Based on the foregoing, the Court RECOMMENDS that the District Court accept the Defendant's admissions and find him guilty of committing violations one (1) through six (6) of his supervised release as charged in open court. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Robin L. Rosenberg within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit

the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) *cert. denied,* 460 U.S. 1087 (1983).

DONE AND RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this 8th day of April 2022.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE